FILED
IN OPEN COURT

FEB 1 3 2013

CLERK, U.S. DISTRICT C
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL NO. 1:13-CR-69 |
| v. | ) | |
| | ) | |
| YANIRA DEL CARMEN | ) | 18 U.S.C. §§ 1591(a) & 2 |
| GUERREO ANDRADE, | ) | (Sex Trafficking of a Child) |
| | ) | |
| Defendant. | ) | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

Between in and around January 2009 and in and around August 2010, in Fairfax County, in the Eastern District of Virginia and elsewhere, the defendant YANIRA DEL CARMEN GUERRERO ANDRADE, aided and abetted by others, did knowingly recruit, entice, harbor, transport, provide, and obtain a girl, "E.A.," who had not attained the age of eighteen years, in and affecting interstate commerce, knowing and in reckless disregard of the fact that E.A. had not yet attained the age of eighteen years, and the defendant knowingly caused E.A. to engage in a commercial sex act.

(In violation of Title 18, United States Code, Sections 1591(a) and 2).

                Neil H. MacBride
                United States Attorney

By: _/s/ Michael J. Frank_
      Marc J. Birnbaum
      Special Assistant United States Attorney (LT)
      Michael J. Frank
      Assistant United States Attorney