Prob 12A (10/16)
VAE (9/19)

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. Yanira Del Carmen Guerrero-Andrade    Docket No. 1:13CR00069-001

### Petition on Supervised Release

COMES NOW Kenneth Orsino, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Yanira Del Carmen Guerrero-Andrade, who was placed on supervision by the Honorable Liam O'Grady, Senior United States District Judge sitting in the Court at Alexandria, Virginia, on the 10th day of May, 2013, who fixed the period of supervision at five (5) years, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows:

See Page 2.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

See Attachment(s)

**PRAYING THAT THE COURT WILL ORDER** a warrant to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

### ORDER OF COURT

Considered and ordered this 29th day of May, 2024 and ordered filed and made a part of the records in the above case.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:

Kenneth Orsino    2024.05.28 13:30:48 -04'00'

Kenneth Orsino
Senior U.S. Probation Officer

Place Alexandria, Virginia

TO CLERK'S OFFICE

**Petition on Supervised Release**                                                 Page 2
RE: Guerrero-Andrade, Yanira Del Carmen

OFFENSE: Sex Trafficking of a Child

SENTENCE: One hundred thirty-two (132) months custody with the Federal Bureau of Prisons followed by five (5) years supervised release with the following special conditions: 1) As a condition of supervised release, upon completion of the term of imprisonment, the defendant is to be surrendered to a duly authorized immigration official of the Department of Homeland Security Bureau of Immigration and Customs Enforcement for deportation in accordance with established procedures provided by the Immigration and Naturalization Act, 8 U.S.C. Section 1101, et seq. As a further condition of supervised release, if ordered deported, the defendant shall remain outside of the United States; 2) Pursuant to the Adam Walsch Child Protection and Safety Act of 2006, the defendant shall register with the state sex offender registration agency in any state where the defendant resides, is employed, carries on a vocation, or is a student, according to federal and state law and as directed by the probation officer; and 3) The defendant shall participate in a program approved by the United States Probation Office for substance abuse, which program may include residential treatment and testing to determine whether the defendant has reverted to the use of drugs or alcohol, with partial costs to be paid by the defendant, all as directed by the probation officer. The defendant was ordered to pay a $100 special assessment.

ADJUSTMENT TO SUPERVISION: The defendant was released from the Federal Bureau of Prisons custody to Immigration and Customs Enforcement (ICE) custody on May 6, 2022. She was deported from the United States on September 23, 2022. The defendant paid her special assessment in full on September 11, 2014. On May 14, 2024, the defendant was detained by a United States Border Patrol agent in Dona Ana County, New Mexico. She was subsequently charged with Re-Entry After Deportation – Aggravated Felony.

VIOLATIONS: The following violations are submitted for the Court's consideration.

| | |
|---|---|
| **SPECIAL CONDITION:** | As a condition of supervised release, upon completion of the term of imprisonment, the defendant is to be surrendered to a duly authorized immigration official of the Department of Homeland Security Bureau of Immigration and Customs Enforcement for deportation in accordance with established procedures provided by the Immigration and Naturalization Act, 8 U.S.C. Section 1101, et seq. As a further condition of supervised release, if ordered deported, the defendant shall remain outside of the United States |
| **MANDATORY CONDITION:** | The defendant shall not commit another federal, state or local crime. |

On May 14, 2024, a United States Border Patrol Agent encountered the defendant in Dona Ana County, New Mexico. The agent questioned the defendant regarding her citizenship, and she stated she was a citizen and national of El Salvador and was in the United States without any proper documentation. The defendant was subsequently detained, and while being processed at the Santa Teresa Station, agents discovered the defendant had been previously deported from the United States on September 23, 2022. The defendant was subsequently charged with Re-Entry After Deportation – Aggravated Felony. On May 14, 2024, the defendant appeared before the Honorable Damian Marinez with the District of New Mexico (Las Cruces), for her initial appearance. The defendant waived her Preliminary/Detention Hearing and is currently being held without bond.

KGO/kgo